

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-21-00155-CV

**IN THE INTEREST OF M.K.V., A CHILD**

From the County Court, Val Verde County, Texas
Trial Court No. 2020-0007-CCl
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

Appellant Mom's brief was due to be filed with this court on June 3, 2021. *See* TEX. R. APP. P. 38.6(a). After the due date, the trial court appointed counsel to represent Mom on appeal, and counsel filed a motion for an extension of time to file the brief until July 19, 2021.

Appellant Mom's motion is GRANTED. Her brief is due on July 19, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2021.



_____
Michael A. Cruz,
Clerk of Court